# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-24-00810-CV

**In re Eugene Crane**

---

### ORIGINAL PROCEEDING FROM HAYS COUNTY

---

## M E M O R A N D U M   O P I N I O N

The petition for writ of mandamus is denied. *See* Tex. R. App. P. 52.8(a).

Darlene Byrne, Justice

Before Chief Justice Byrne, Justices Kelly and Ellis

Filed: January 23, 2025